# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145868 & (22)(23)

In re:

MALACHI ERIC BOYNTON

SC: 145868
COA: 310889
Genesee CC: 10-127144-DL

_____/

On order of the Court, the Attorney General's motions to intervene and for immediate consideration are GRANTED. The application for leave to appeal the August 6, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2013

_____
Clerk

s0522